IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CASE NO.:

SHARON ARANGO

        Plaintiff,

vs.

COSTCO WHOLESALE CORP.

        Defendant

_____/

## COMPLAINT

COMES NOW, SHARON ARANGO, Plaintiff herein, and files this Complaint against COSTCO WHOLESALE CORP. Defendant herein, and alleges:

## PARTIES

1. Plaintiff, SHARON ARANGO, an individual, resides in Pinellas County, Florida.

2. Defendant, COSTCO WHOLESALE CORP. a foreign corporation, has a principal place of business at 999 Lake Dr., Issaquah, WA 98027 and may be served through its registered agent for service of process, CT Corporation System, 1200 South Pine Island, Rd. Plantation FL 33324.

## JURISDICTIONAL STATEMENT

1. The amount in controversy exceeds $30,000.00, excluding interest, costs and attorney's fees, which is within the jurisdiction of the court in accordance with Section 26.012 of the Florida Statutes.

1

## VENUE

2. Venue in Pinellas County, Florida is proper in this action under Section 47.011 of the Florida Statutes because the premises liability cause of action giving rise to this action occurred in this county.

## FACTS IN SUPPORT OF CLAIMS

3. On or about December 16, 2019, and at all times material hereto, COSTCO WHOLESALE CORP. owned, operated or controlled a building, located at 2655 Gulf to Bay, Blvd, Clearwater, FL 33759 (hereinafter the Premises).

4. On the above date and place, COSTCO WHOLESALE CORP. had an obligation to inspect, maintain, and service the floors and walkways, located at the premises to insure no tripping hazards were present.

5. Prior to the above time, employees, servants and/or agents of COSTCO WHOLESALE CORP. had placed palleted goods in the store in a manner that made them a tripping hazard for patrons.

6. On the above date and place, Plaintiff, while a business invitee on the premises, was caused to fall, and thereby sustained serious bodily injuries due to the careless and negligent manner in which the aforesaid floors and walkways were maintained.

7. On December 16, 2019, SHARON ARANGO entered the premises to shop.

8. During her time in the premises, Ms. Arango tripped on a palleted display of goods in the walkway of the store.

9. Ms. Arango was unable to stop from falling and was injured.

## COUNT I
## PREMESIS LIABILITY

10. The Plaintiff incorporates by reference paragraphs 1-9 above as if they were fully set forth herein.

11. On or about December 16, 2019, during business hours, the Plaintiff was a business invitee upon the premises of the Defendant.

12. On or about December 16, 2019, at the premises of the Defendant there was a dangerous condition that existed on the floors and walkways of the premises.

13. That on or about December 16, 2019, Defendant was under a duty to maintain and provide a reasonably safe place for its patrons to walk and Defendant breached this duty in that the Defendant was careless and negligent in creating or failing to cure a dangerous condition on said premises, and as a result, when Plaintiff tripped, and said Plaintiff was thrown down and severely injured.

14. That on or about December 16, 2019, the Defendant had actual or constructive knowledge of the dangerous condition and should have taken action to remedy it.

15. That on or about December 16, 2019, the dangerous condition existed for such a length of time that, in the exercise of ordinary care, the Defendant should have known of the condition or the condition occurred with regularity and was therefore foreseeable.

16. That as a direct and proximate result of the above breach of duty and negligence by the Defendant, the Plaintiff suffered grave injuries about her person.

17. That as a further and direct proximate result of the aforesaid breach of duty and negligence of the Defendant, the Plaintiff has endured great pain and suffering in body and mind and further that such injuries received by Plaintiff as a result of Defendant's carelessness and negligence are permanent.

**WHEREFORE**, Plaintiff, **SHARON ARANGO,** demands judgment for damages, against Defendant, **COSTCO WHOLESALE CORP.** for pain and suffering, and medical expenses, together with such other and further relief as this Honorable Court deems necessary and appropriate.

Dated: March 31, 2020

Tragos, Sartes and Tragos, PLLC

*/s/ Peter A. Sartes, Esq.*
Peter A. Sartes, Esq.
Attorney for Plaintiff
Florida Bar Number: 0582905
Tragos, Sartes & Tragos, PLLC
601 Cleveland St. Suite 800
Clearwater, Florida 33755
Telephone: (727) 441-9030
Fax: (727) 441-9254
E-Mail: peter@greeklaw.com
Secondary E-Mail: linda@greeklaw.com
          crystal@greeklaw.com