UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON ARANGO,

    Plaintiff,

v.                                            Case No: 8:20-cv-939-MSS-TGW

COSTCO WHOLESALE CORP. et al,

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. The jury trial in this matter is currently set on the November 2021 Trial Term. (Dkt. 27)

Accordingly, is it **ORDERED** as follows:

1. This matter is hereby specially set for trial to commence on **Monday, November 15, 2021, at 9:00 a.m.** before United States District Judge Mary S. Scriven, in Tampa Courtroom 7A.

2. **Two (2) days ONLY** have been reserved for the trial.

3. In addition to the filing deadline of tomorrow, November 4, 2021, set by the Court's Order (Dkt. 28) on or before **November 10, 2021**, the Parties shall additionally email a copy of their proposed joint jury instructions, joint verdict forms and *voir dire* in Word format to Chambers at the following email address: chambers_flmd_scriven@flmd.uscourts.gov.

4. All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition, a three-ring binder containing courtesy copies of all exhibits, properly pre-marked, shall be

provided to the Courtroom Deputy Clerk the morning of trial for the Court's use. At the end of trial, an electronic version of all admitted exhibits shall be provided to the Courtroom Deputy.

5. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE and ORDERED** in Tampa, Florida this 4th day of November, 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party